UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| SILENTOE K. FOSTER | CIVIL ACTION NO. 1:16-CV-00544 |
| VERSUS | CHIEF JUDGE DRELL |
| WESTERN DISTRICT COURT, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that that Foster's action is DISMISSED WITH PREJUDICE PURSUANT TO § 1915 and 1915A.

The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 27 day of May, 2016.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE